# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY RAY SHANEE MOLDONADO, | No. 2:25-CV-0772-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT BARTON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On July 7, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein. Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

///

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. The findings and recommendations filed July 7, 2025, ECF No. 11, are adopted in full.

2. Plaintiff's motion for leave to proceed in forma pauperis, ECF No. 6, is denied.

3. Within 30 days of the date of this order, Plaintiff shall pay the full filing fees for this action of $350.00, less any amounts already deducted from Plaintiff's inmate trust account as partial payments.

4. This matter is referred back to the assigned Magistrate Judge for further proceedings.

Dated: September 22, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE