**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BILLY RAY SHANEE MOLDONADO, | No.  2:25-CV-0772-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| ROBERT BARTON, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On December 18, 2025, the Magistrate Judge filed findings and recommendations herein which were served on the parties, and which contained notice that the parties may file objections within the time specified therein.  Timely objections to the findings and recommendations have been filed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304(f), this Court has conducted a de novo review of this case.  The court need not consider the five factors applied by the Magistrate Judge pursuant to Bautista v. Los Angeles County, 216 F.3d 837, 841 (9th Cir. 2000), because the court dismisses on the ground of failure to prosecute rather than violation of a court order.

1

Accordingly, IT IS HEREBY ORDERED as follows:

1. To the extent consistent with this Order, the findings and recommendations filed December 18, 2025, ECF No. 14, are adopted;

2. This action is dismissed for lack of prosecution; and

3. The Clerk of the Court is directed to enter judgment and close this file.

Dated: February 9, 2026

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2